# United States District Court

MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RECEIVED
U.S. MARSHAL
2008 JUL -7 PM 4:28
MIDDLE DIST. OF FLORIDA
TAMPA

UNITED STATES OF AMERICA

v.

RICHARD L. RANKIN

**WARRANT FOR ARREST**

CASE NUMBER: 8:08-mj-1329-TBM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICHARD L. RANKIN and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with while aboard a vessel subject to the jurisdiction of the U.S., conspire to possess with intent to distribute 5 kilograms or more of cocaine; while aboard a vessel subject to the jurisdiction of the U.S., aid and abet to possess with intent to distribute 5 kilograms or more of cocaine.

In violation of Title 46, United States Code, Sections 70503(a) and 70506(a) and (b).

| THOMAS B. McCOUN | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name & Title of Judicial Officer | Title of Issuing Officer |
| *(signature)* | 7-7-08 |
| Signature of Issuing Officer | Date and Location |
| | *(signature)* |
| (By) Deputy Clerk | |

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 07-08-08 | Thomas Hurlbert | *(signature)* |