**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO.**  8:08-cr-288-T-23-MAP            **DATE:**  November 12, 2008

**HONORABLE STEVEN D. MERRYDAY**        **INTERPRETER:** Gabriella Loncar/Spanish

**UNITED STATES OF AMERICA**                Maria Chapa Lopez

                                            **GOVERNMENT COUNSEL**

**vs.**

RICHARD L. RANKIN                           Pedro Amador, Jr.

**DEFENDANT**                               **DEFENSE COUNSEL**

**COURT REPORTER:**  Kerry Mercade         **DEPUTY CLERK:**    Terese Dear

                                            **PROBATION:**  Diane Cavanagh

**TIME:**  2:38 p.m. - 3:10 p.m.           **TOTAL:**    32 min

**CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES**

   Defendant's witnesses in mitigation:

_X_  Defendant is adjudged guilty on count **one** of the indictment.

_X_  Imprisonment: **one hundred thirty-five (135) months**

_X_  The Court recommends confinement: 1) McRae, Georgia  2) Miami

   _X_  Participation in 500-hour drug treatment program

_X_  Supervised release: **sixty (60) months**

_X_  Fine: **waived**

___  Restitution:     $N/A

_X_  Special Assessment:    **$100**            Due immediately.

<u>  X  </u>     Special conditions of <u>   </u> probation;  <u> X </u> supervised release.

    X    The defendant shall participate in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency and follow the probation officer's instructions regarding the implementation of this court directive.  This program may include testing for the detection of substance use or abuse not to exceed 104 tests per year.  Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.  Upon completion of a drug or alcohol dependency treatment program, the defendant is directed to submit to testing for the detection of substance use or abuse not to exceed 104 times per year.

    X    If the defendant is deported, he shall not re-enter the United States without the express permission of the United States Department of Homeland Security or its statutory successor.

    X    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

    X    The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act.  Should the probation office determine that additional drug urinalysis is necessary, the court authorizes random drug testing not to exceed 104 tests per year.

***********************************************

    X    Defendant is remanded to the custody of the United States Marshal.

    X    Counts two of the indictment are dismissed in accordance with the plea agreement.

    X    Defendant advised of right to appeal and to counsel on appeal.

OTHER:.  Defendant's request for minor role reduction is overruled.

.

| **GUIDELINE RANGE DETERMINED AT SENTENCING (BEFORE DEPARTURES)** ||
|---|---|
| Total Offense Level: | 33 |
| Criminal History Category: | I |
| Imprisonment Range: | 135 to 168 months |
| Supervised Release Range: | 3 to 5 years |
| Restitution: | N/A |
| Fine Range: | $17,500 to 4,000,000 |
| Special Assessment: | $100 |